Dismissed and Memorandum Opinion filed January 19, 20065









Dismissed and Memorandum Opinion filed January 19,
20065.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01100-CV

____________

 

IN THE INTEREST OF N.H.E. and
Z.T.D.E

 

 



 

On Appeal from the 313th District
Court

Harris County, Texas

Trial Court Cause No.
04-04395J

 



 

M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed May 9, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record. 

On December 8, 2005, notification was transmitted to all
parties of the cCourt's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 19, 2006.

Panel consists of Justices Hudson,
Frost, and Seymore.